Arsen Sarapinian, Esq. (SBN 295805)
**THE LAW OFFICES OF ARSEN SARAPINIAN, P.C.**
9350 Wilshire Blvd., Ste. 203
Beverly Hills, CA 90212
Tel: (213) 538-2903
Fax: (310 861-9040
arsen@sarapinianlaw.com
sergio@sarapinianlaw.com

Attorneys for Plaintiff
BEATRIZ MAGES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ MAGES,<br><br>  Plaintiffs,<br><br>  v.<br><br>GARRISON PROPERTY AND INSURANCE COMPANY, USAA CASUALTY INSURANCE COMPANY, and DOES 1 to 100,<br><br>  Defendants. | Case No. 2:24-cv-10569<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

TO THIS HONORABLE COURT, AND TO ALL ATTORNEYS OF RECORD THROUGH THEIR RESPECTIVE COUNSEL, PLEASE TAKE NOTICE THAT: the parties have settled the above-captioned action in its entirety.  Counsel for all parties expect to file a Notice of Dismissal within 30 days of today's date.

 DATED:  January 27, 2025                Respectfully submitted,


                                 Arsen Sarapinian

1
2
                          /s/ *Arsen Sarapinian*
                          Arsen Sarapinian
                          Attorney for Plaintiff

3
4                           *Attorneys for Defendants*

5                           */s/ Maureen M. Michail*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**The Law Offices of Arsen Sarapinian, P.C.**
9350 Wilshire Blvd., Ste. 203, Beverly Hills, CA 90212
Tel: (213) 538-2903

**NOTICE OF SETTLEMENT OF ENTIRE CASE** - 2 -